**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00401-CR**
**NO. 09-24-00402-CR**

_____

**KATARINA RENEE DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the County Court at Law**
**Polk County, Texas**
**Trial Cause Nos. 2020-0308 and 2021-0298**

_____

**MEMORANDUM OPINION**

On January 6, 2023, the trial court convicted Katarina Renee Davis in Trial Cause Numbers 2020-0308 and 2021-0298 pursuant to a plea bargain agreement. The trial court suspended the sentences and placed Davis on community supervision. On June 11, 2024, Davis filed a notice of appeal "on motion to revoke probation." We questioned our jurisdiction and obtained responses from Davis and from the State. The State has filed motions to revoke community supervision but as of this

date the trial court has not held a hearing on the State's motions to revoke the community supervision orders.

The time to appeal an order revoking community supervision runs from the date the trial court signs an appealable written order. *See* Tex. R. App. P. 26.2(a). The trial court has not signed a judgment or order in Trial Cause Numbers 202-0308 and 2021-0298 that is currently appealable. Accordingly, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEALS DISMISSED.

PER CURIAM

Submitted on January 21, 2025
Opinion Delivered January 22, 2025
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.

2